IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 17-5489 |
| | : | |
| JOHN DOE SUBSCRIBER ASSIGNED | : | |
| TO IP ADDRESS 68.80.205.163 | : | |

## ORDER

AND NOW, this 29th day of January 2018, upon considering Plaintiff's failure to file an amended complaint compliant with this Court's December 8, 2017 Order (ECF Doc. No. 5), it is **ORDERED** Plaintiff shall **show cause** in a memorandum not exceeding three (3) pages filed on or before **February 2, 2018** as to why we should not dismiss this matter for lack of prosecution.

KEARNEY, J.